UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DARONTA T. LEWIS,

        Plaintiff,

    v.

LILIAN MURLITHI, et al.,

        Defendants.

Case No. 25-cv-10363-AMO (PR)

**JUDGMENT**

For the reasons set forth in this Court's Order Acknowledging Plaintiff's Voluntary Dismissal of This Action,

**IT IS ORDERED AND ADJUDGED**

That the plaintiff take nothing, that the action be dismissed in accordance with the Court's Order, and that each party bear its own costs of action.

Dated:   7/9/2026

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**

United States District Court
Northern District of California